

**From:** Gabe Schmidt
**Sent:** Wednesday, August 06, 2014 11:13 AM
**To:** Rachel Kremer
**Subject:** FW: Doc Johnson Mood Flirty Vibrator, Bentgo Lunchbox Set, Acer 11.6" Chromebook & More

Look at the chromebook deal

**From:** Groupon Goods [mailto:noreply@r.groupon.com]
**Sent:** Wednesday, August 06, 2014 11:09 AM
**To:** zee- Angelina Cardona
**Subject:** Doc Johnson Mood Flirty Vibrator, Bentgo Lunchbox Set, Acer 11.6" Chromebook & More

# GROUPON Goods



For You | August 6, 2014          FREE Shipping with $24.99 Purchase | FREE Returns



**Doc Johnson Mood Flirty Vibrator**

VIEW DEAL

~~$20.55~~ $15.99



Bentgo Lunchbox Set

Over 5,000 bought

~~$51.96~~$19.99                View Deal



Acer 11.6" Chromebook

Over 1,000 bought

~~$199~~$129.99                View Deal



Copper Comfort Compressi…

Over 5,000 bought

~~$39.99~~$12.99                View Deal



Professional Teeth-White…

Over 25,000 bought

~~$69.99~~$9.99                View Deal



Weight Watchers Cookbook

Over 5,000 bought

$29.99 $9.99                View Deal



Ice Vino 2 Go Travel Cup...

Over 1,000 bought

$43.98 $24.99               View Deal



Lil' Rider FX 3-Wheel Bi...

Over 1,000 bought

$199.99 $69.99              View Deal



Wallet Ninja 18-in-1 Mul...

Over 1,000 bought

$40.99 $9.99                View Deal





Samsung Galaxy Tab 3

Over 1,000 bought

~~$199.99~~ $109.99   View Deal

Under-the-Bed Shoe Organ…

Over 1,000 bought

~~$16.99~~ $11.99   View Deal



HotelSpa 2-in-1 Showerhe…

Over 1,000 bought

~~$65.98~~ $23.99   View Deal



Swarovski Elements Ball …

Over 1,000 bought

~~$125~~ $14.99   View Deal



Nikon 10.1MP Touchscreen…

Over 1,000 bought

~~$179~~ $49.99   View Deal



GOwalk Activity Trackers

Over 1,000 bought

~~$119.99~~ $49.99   View Deal

**VIEW ALL GOODS**

We've got 1,000s of deals every day.



To feature your business on Groupon, get started at GrouponWorks.

To unsubscribe or to adjust your settings, please click here.

Delivered by Groupon 600 W. Chicago Avenue, Suite 400, Chicago, IL 60654, USA

Contact Us | feedback@groupon.com | FAQ | Privacy Statement