••ooo Sprint 🛜　　9:17 PM　　🔒 77% 🔋⚡

⟨ Messages　　**Gabe**　　Contact

　　　　　　　　　　　One sec　　1:32 PM

K　　1:32 PM

Hy said he will reset your password for a boob picture.　　1:47 PM



　　　　　　　　　　　　　　　　1:47 PM

Dec 27, 2012, 2:45 PM

Call him and have him call me to book it　　2:45 PM

Dec 27, 2012, 5:20 PM

Call me when you get a　　5:20 PM

 iMessage　　Send



Screenshot of email on iPhone:

●●○○○ Sprint  9:17 PM  77%

< Gabe     5 of 93

**RE: Can you reset Rachels Outlook Pass...**

Hy Lam

You replied to this message on 12/26/2012 1:46 PM.

Sent: Wed 12/26/2012 1:46 PM
To: Gabe Schmidt

Only trade password for boob pix. Haha jk.

-Hy Lam
Tier 1 Technician, (Irvine)
P (206) 757-5193
M (714) 225-5555
E HyL@Zillow.com

**From:** Gabe Schmidt
**Sent:** Wednesday, December 26, 2012 1:44 PM
**To:** Hy Lam
**Subject:** RE: Can you reset Rachels Outlook Pass...