••ooo Sprint 🛜         9:11 PM         🔒 73% 🔋⚡

‹ Messages          **Gabe**          Contact

Load Earlier Messages
iMessage
Feb 9, 2013, 3:49 PM



Prob 9 ish

Feb 9, 2013, 6:01 PM

Call me. Matt is showering. Thinking 333 dinner drinks and your smooth vagina



Yuck

But the rest sounds good. I'm jumping in the shower now

We can go somewhere else



Lol

📷  [ iMessage ]            Send

