●●●○○ Sprint 🛜     8:22 PM     @ 65% 🔋

< Messages (4) **Gabe**     Contact

Feb 17, 2013, 2:13 PM

> Wanna go join a gym and work out tonight?

Wanna blow me and have sex tonight?

> Not really

Same thing with the gym

We are having dinner here for Adrienne's dads birthday. I think we are moving into that place and it has a gym so I'm going to wait on joining anything.

Feb 17, 2013, 5:27 PM



📷 iMessage     Send