●●●○○ Sprint 📶   7:15 PM   🔒 62% 🔋

‹ Messages (4)  **Gabe**   Contact

> Meant yep

Mon, May 5, 8:02 AM

> Oh I forgot to tell u. Thursday when I came to work Albert was watching a video on his computer of drunk girls in their underwear falling down

> He is so weird

> Get the fuck out of here.

> Did you say something to him

> No joke. He watches weird shit a lot but that may have been the worst

> And no, I was in shock and

📷 [ iMessage ]   Send

 ●●●○○ Sprint  7:15 PM  🔒 62% 🔋

< Messages (4) **Gabe**  Contact

been the worst

And no, I was in shock and it was before my coffee

You should mention something to Eddie.

I feel bad though. He's getting ready to have a kid, and to be honest I'm not sure he's all there

He won't get fired. I would just tell Eddie to watch it

I wonder if he jerks it to your Salesforce picture when you're not there

Hahaha

 [ iMessage ]  Send