•••○○ Sprint 📶   8:39 PM   🔒 40% 🔋

⟨ Messages (4) **Gabe**   Contact

Dec 29, 2012, 4:14 PM

Go to Rudy's

K see you in a bit

Hurry up biatch

Sorry swung by the urban outfitters sale.

What's up?

Sharkeez

Come to sharkeez

K

It's Cody. Hi.

📷 ( iMessage )   Send

●●●○○ Sprint 🛜     8:39 PM     🔒 41% 🔋

< Messages (4) **Gabe**     Contact

> Sorry swung by the urban outfitters sale

>> What's up?

> Sharkeez

> Come to sharkeez

>> K

> It's Cody. Hi.

> Come quick

> Blackies

> Call me.

>> Stop getting thrown out of places please lol

[📷] [ iMessage ] Send

●●●○○ Sprint 📶     8:40 PM     🔒 39% 🔋

‹ Messages (4) **Gabe**     Contact

Blue beat

Stop sending me to voicemail. Please hurry.

I.E im n driving

21 oceanfront. Fuck me

Dec 29, 2012, 11:38 PM

**Cody Fagnant**   CF   ›

Dec 30, 2012, 12:46 AM

I have a great opportunity that just opened up on my face in the 92660 market. Call me if you are interested. This is an

📷 [ iMessage ]    Send

•••○○ Sprint 🛜     8:40 PM     🔒 39% 🔋

< Messages (4) **Gabe**     Contact

> 21 oceanfront. Fuck me

Dec 29, 2012, 11:38 PM

> Cody Fagnant   CF   >

Dec 30, 2012, 12:46 AM

> I have a great opportunity that just opened up on my face in the 92660 market. Call me if you are interested. This is an exclusive position and won't last long. Haha. Goodnight Rachey.

> I'll take the exclusive... Just landed in 92651 though. Anything more convenient ???

📷 [ iMessage ]     Send