< Messages (3)  **Gabe**                    Contact

Wed, Jun 11, 2:45 PM

I slammed my thumb in my car door



Thu, Jun 12, 1:37 PM

One sec

U downstairs

Dropping a deuce

Fri, Jun 13, 7:49 AM

What's deb doing down

iMessage                              Send