STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
RAVI DOSHI (279851)
rdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150

BROOKE TAYLOR *(Pro Hac Vice to be submitted)*
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone:  (206) 373-7380
Facsimile:   (206) 516-3883

Attorneys for Defendant Zillow, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RACHEL KREMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZILLOW, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 14-CV-01889-DOC (DFMx)<br><br>**DECLARATION OF STEVEN G. SKLAVER IN SUPPORT OF MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANT ZILLOW'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)** |

3464711v1/014495

I, Steven G. Sklaver, declare as follows:

1. I am a partner in the law firm of Susman Godfrey L.L.P., attorneys for Defendant in this matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. This motion to dismiss is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 22, 2014, in person with counsel for Ms. Kremer at a mediation held in San Francisco, California.

3. Attached as Exhibit 1 is a true and correct copy of a text messaging string between Rachel Kremer and Gabe Schmidt, beginning on Monday, June 24, 2013, and ending on Sunday, May 11, 2014.

4. On page 151 of Exhibit 1 is the text message that is quoted in paragraph 10d of the Complaint, a screenshot of which is also attached as Exhibit "E" to the Complaint.

5. Attached as Exhibit 2 is a true and correct copy of a text messaging string between Rachel Kremer and Gabe Schmidt, beginning on Monday, September 2, 2013, and ending on Friday, August 23, 2014.

6. On pages 13–14 of Exhibit 2 is the text message that is referred to in paragraph 10g of the Complaint, a screenshot of which is also attached as Exhibit G to the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of December, 2014, in Los Angeles

*/s/ Steven G. Sklaver*

1

3464711v1/014495