# EXHIBIT 1

CONDITIONALLY FILED UNDER SEAL