# EXHIBIT 2

CONDITIONALLY FILED UNDER SEAL