STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
RAVI DOSHI (279851)
rdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

BROOKE TAYLOR *(Pro Hac Vice Admitted)*
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 373-7383
Facsimile: (206) 516-3883

Attorneys for Defendant Zillow, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RACHEL KREMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZILLOW, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | SACV 14-01889-DOC (DFMx)<br><br>Honorable David O. Carter<br><br>**EXHIBITS 1 AND 2 TO THE DECEMBER 11, 2014 DECLARATION OF STEVEN G. SKLAVER IN SUPPORT OF MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANT ZILLOW'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) [DKT 13-1]** |